[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-13534

Non-Argument Calendar

_____

NEKI PEAVY,
as administrator of the Estate of Corey Kindell,
BILLY EUGENE KINDELL,
as surviving father of Corey Kindell,

Plaintiffs-Appellants,

*versus*

CORECIVIC, INC., et al.,

Defendants,

QIANA MOBLEY,
CHRISTY DAVIS,
VANESSA WISE,

2                   Opinion of the Court                 24-13534

SHANIQUA WICKER,
AMBERLYN FLOYD,

                                              Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 3:22-cv-00095-DHB-BKE

————————————————

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Neki Peavy and Billy Eugene Kindell appeal from the district court's order granting Qiana Mobley, Christy Davis, Vanessa Wise, Shaniqua Wicker, and Amberlyn Floyd's motion for summary judgment. However, that order is not final because Peavy and Kindell's claims against Tashika McKinnon, which were stayed on account of her bankruptcy case, remain pending. *See Corsello v. Lincare, Inc.*, 276 F.3d 1229, 1230 (11th Cir. 2001) (holding that claims against a defendant that were subject to an automatic bankruptcy stay are still pending if they are not resolved by the district court); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (explaining that an order that disposes of fewer than all claims of all parties is not final); 28 U.S.C. § 1291.

24-13534                Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.